FRIEDMAN STROFFE & GERARD P.C.
James D. Stroffe (SBN 75100)
  jstroffe@fsglawyers.com
Eoin L. Kreditor, Esq. (SBN 151131)
  ekreditor@fsglawyers.com
Jennifer V. Stroffe (SBN 221474)
  jvstroffe@fsglawyers.com
19800 MacArthur Boulevard, Suite 1100
Irvine, California 92612-2425
(949) 265-1100 Telephone
(949) 265-1199 Facsimile

Attorneys for Plaintiffs UNIVERSITY PARK, LLC,
as assignee of Beazley Insurance Company Inc.

FILED
CLERK, U.S. DISTRICT COURT
AUG 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY PARK, LLC, a California limited liability company, as assignee of Beazley Insurance Company Inc.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; UNITED STATES FIDELITY AND GUARANTY COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation<br><br>Defendants. | Case No. CV11-03326 R (JEMx)<br><br>[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION (FRCP 41(a)(1)) |

---

1
[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL

Having reviewed the stipulation of the parties to dismiss the action pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure, and finding good cause thereon, IT IS ORDERED that:

1. This action is to be dismissed without prejudice as to all parties and all causes of action; and

2. Each party is to bear its own costs and fees.

Dated: August 5, 2011

By: _____
U.S. DISTRICT JUDGE
HON. MANUEL L. REAL